UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Mikhail Khanukayev,

               Plaintiff(s),

      -against-
The City of New York, et al,

            Defendant(s).

---------------------------------------------------------

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/09
```

ORDER

09 Civ. 6175 (CM)(GWG)

**McMahon, J.:**

    The Court having determined that the above captioned matter is related to case no. 08 Civ. 6832, it is

    **ORDERED**, that the above-entitled action be consolidated for all pre-trial purposes with Khanukayev  v. The City of New York, et al., 08 Civ. 6832.

Dated: July 23, 2009
      New York, New York

So Ordered:

Hon. Colleen McMahon
United States District Judge