```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MIKHAIL KHANUKAYEV,                              :
                    Plaintiff,                   :    ORDER
                                                 :
        -v.-                                     :
                                                 :    08 Civ. 6832 (CM) (GWG)
                                                 :    09 Civ. 6175
CITY OF NEW YORK, et al.,                        :
                                                 :
                    Defendants.                  :
----------------------------------------------------------------x
```

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     With the agreement of counsel for defendant Times Square Alliance and counsel for plaintiff, the motion for judgment on the pleadings filed by Times Square Alliance (Docket # 35) is deemed withdrawn without prejudice, provided that plaintiff file an amended complaint against Times Square Alliance on or before January 22, 2010. Any answer or motion with respect to the amended complaint shall be due on or before March 26, 2010.

     SO ORDERED.

Dated: New York, New York
         December 23, 2009

GABRIEL W. GORENSTEIN
United States Magistrate Judge